UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-CV-60842-Cooke-Bandstra**

"IN ADMIRALTY"

**PERFORMANCE MARINE TRADING**
Plaintiff,

V.

AVANTI, her engines, tackle,
appurtenances, boats, etc. in rem
Defendant,

VERIFIED COMPLAINT

FILED by __VT__ D.C.
ELECTRONIC

June 4, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

---

Plaintiff Performance Marine Trading, by and through the undersigned attorney George L Moxon, for its complaint against the AVANTI, her engines, tackle, appurtenances, boats, etc. in rem, alleges upon information and belief as follows:

1. This case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C.§ 1333, and has exclusive jurisdiction over the in rem claims in admiralty, to the exclusion of any other forum.

3. At all times herein mentioned, Performance Marine Trading was and now a corporation duly organized and existing under the laws of the State of Florida, with a principal place of business in Broward County at 2800 W. Cypress Creek Road, Fort Lauderdale, Florida 33309.

4. At all times herein mentioned, defendant vessel, AVANTI (the "Vessel") was and is a vessel flagged in these United States navigating and operating on the navigable waters of the United States, and is or may be found within this District during the pendency of this action.

5. On January 25, 2008 and there after Paul La Carubba, registered owner of "Vessel" and requested services for repairs, Tow Intrepid from owners home, replacement of equipment and storage of the "Vessel" during the time of services. Such services are necessaries within the meaning of that term in admiralty.

6. The work order of the Vessel's owner to Performance Marine Trading to provide necessaries constitutes a valid maritime contract for the provision of necessaries to a vessel.

7. The maritime contract required payment in Fort Lauderdale, Florida for the necessaries supplied.

8. Prior to the provisions of parts and services or other necessaries to the Vessel, Performance Marine Trading provided its standard terms and conditions to the owner. A copy of the work order (the services that were provided to the Vessel) appears as Exhibit A.

9. Pursuant to the work order, The Vessel's owner presently owes Performance Marine Trading the amount of USD 22,742.20, together with said cost of reasonable attorney fees and court cost, plus continued storage cost, plus finance charges and cost, and further amounts not presently known to Performance Marine Trading .

## FIRST CAUSE OF ACTION
## AGAINST DEFENDANT AVANTI, HER ENGINES,
## TACKLE, APPURTENANCES, BOATS, ETC., IN REM,
## FORECLOSING UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

10. Performance Marine Trading repeats the allegations contained in paragraph 1-9 of this complaint as if set forth fully herein.

11. The materials and services provided to the Vessel constitute necessaries giving rise to a maritime lien on the Vessel in Performance Marine Trading's favor.

12. The failure of defendant's registered owner to satisfy the account of Performance Marine Trading for necessaries provided to the Vessel constitutes a breach of a maritime contract and entitles Performance Marine Trading to foreclose on its maritime lien against the "Vessel".

13. Performance Marine Trading has and will incur attorneys' fees and expenses, has and will make advances and has and will sustain damages from or by reason of the breach of the maritime contract in the amount of USD 22,742.20 plus any other finance charges and cost, and in further amounts not presently known to Performance Marine Trading .

14. Although payment for the materials supplied, repairs performed and finance charges and storage charges pursuant to the terms of the contract has been duly demanded, the amount has not been paid.

15. The work orders of Performance Marine Trading provide for a finance charge on unpaid accounts to accrue at 30% per annum. On information and belief, 1 years and six months' time will have passed from the date of the maritime contract by the Vessel's owner Paul La Carubba until Performance Marine Trading can prosecute this claim to completion. Under the terms of the maritime contract, Performance Marine Trading is entitled to receive a finance charge/late fee, expenses and reasonable attorneys' fees for prosecuting their claims to completion. The estimated amount of interest, attorneys' fees and costs is estimated to be USD 10,248.20:

    a. Finance Charge/Late Fee    5,248.20

    b. <u>Attorneys' Fees/Expenses:</u>    <u>5,000.20</u>

    Total:    10,248.20

16. Therefore, as a result of the foregoing and the "Vessel's" owners' breach of its obligations under the maritime contract, Performance Marine Trading has suffered damages in the above stated amount. Rule B of the Supplemental Rules for certain Admiralty and Maritime claims provides for pre judgement seizure of assets to secure a future judgement, and Performance Marine Trading seeks a writ of maritime attachment to secure the amount of its estimate judgment.

17. The "Vessel" AVANTI is in the Southern District of Florida and Therefore is located within the jurisdiction.

WHEREFORE, Plaintiff Performance Marine Trading prays:

a. Process in rem issue for the arrest of the AVANTI, her engines, tackle, appurtenances, boats, etc., in accordance with Rule (3) of the Supplemental Rules for Certain Admiralty and Maritime Rules of the Federal of Civil Procedure and the rules and practices of this Honorable Court; citing all persons claiming any interest to appear and answer on the oath all and singular the matters stated above; and

b. That Performance Marine Trading have judgment in rem against defendant AVANTI foreclosing its maritime lien, and that AVANTI be condemned and sold to pay the demands of plaintiff Performance Maritime Trading against her for necessaries supplied, with pre-and post-judgment interest thereon, cost and attorney's fees; and

c. That process in due form of law according to the practice of this Court in the form of a writ of maritime attachment be issued against the Vessel AVANTI that within the District; and

d. That any other person claiming an interest therein may be cited to appear and answer the matters aforesaid;

    e. That judgement be entered in favor of Performance Marine Trading and against the Vessel's owner Paul La Carubba for breach of maritime contract in the amount of USD 22,742.20(including estimated interest, expenses and attorneys' fees), or such other amount as may be awarded at trial); and,

    f. Such other, further and different relief as may be just and proper under the premises.

Dated: Fort Lauderdale, Florida  
   June 4, 2009

by: _____  
George L. Moxon  
Florida Bar No:057150  
moxong@bellsouth.net  
5630 Harding Street  
Hollywood, FL 33021  
Tel:  954 962-2085  
Fax: 954 961-5525

# EXHIBIT A

# WORK ORDER

```
PERFORMANCE MARINE TRADING
2890 W. CYPRESS CREEK RD
FORT LAUDERDALE, FL 33309        954-970-3335


   Sold to:

PAUL LA CARUBBA                         Work Order # 2353
3249 NE 31 AVE                          Billing: CP
LIGHTHOUSE POINT FL 33064               Warr Claim #
                        Opened 01/25/08 Serv Unit #
Mobl 954-445-4200
_____
  Invoice   Salesman    Customer   Tax Number     Date   Charge     PO Number
   2353   SERVICE-02     25705     123456789    05/27/09    N
_____
----------------------- ** INITIAL JOB DESCRIPTION ** -----------------------
  INTREPID 370 HIN IBW37573A505 3-YAMAHA HDI 300HP DATE OF SERVICE 1/23
_____

Item Number     Description                  Quantity    List    Price   Extended
_____

*10-999         TOW INTREPID                     1     450.00   450.00    450.00
     TOW INTREPID FROM LIFT AT OWNER'S HOME TO TRAVELIFT
*10-999         LIFT BOAT ON TO TRAILER         37      10.00    10.00    370.00
*10-999         DELIVER BOAT TO PMT SHOP         1     200.00   200.00    200.00
*10-999         REMOVE BOAT FROM TRAILER         1      50.00    50.00     50.00
     REMOVE FROM TRAILER AND BLOCK WITH JACK STANDS FOR INSPECTION
*10-999         REMOVE FUEL/ FUEL TANKS          3     108.00   108.00    324.00
*10-999         FUEL DISPOSAL                    1    2500.00  2500.00   2500.00
     ENGINES NOT RUNNING PRESERVE ENGINES REMOVE ENGINES FROM BOAT
*10-999         JANUARY STORAGE 2008             1     175.00   175.00    175.00
*10-999         FEBRUARY STORAGE 08              1     725.00   725.00    725.00
*10-999         MARCH STORAGE 08                 1     775.00   775.00    775.00
*10-999         APRIL STORAGE 2008               1     750.00   750.00    750.00
*10-999         MAY STORAGE 2008                 1     775.00   775.00    775.00
*10-999         JUNE STORAGE 2008                1     750.00   750.00    750.00
*10-999         JULY STORAGE 2008                1     775.00   775.00    775.00
*10-999         AUGUST STORAGE 08                1     775.00   775.00    775.00
*10-999         SEPTEMBER STORAGE 08             1     750.00   750.00    750.00
*10-999         OCTOBER STORAGE                  1     750.00   750.00    750.00
*10-999         NOVEMBER STORAGE                 1     750.00   750.00    750.00
*10-999         DEC 2008 STO                     1     750.00   750.00    750.00
*10-999         JANUARY STORAGE2009              1     850.00   850.00    850.00
*10-999         FEBRUARY STORAGE                 1     850.00   850.00    850.00
*10-999         MARCH STORAGE                    1     850.00   850.00    850.00
*10-999         APRIL STORAGE                    1     850.00   850.00    850.00
*10-999         MAY STORAGE                      1     850.00   850.00    850.00
*10-999         JUNE STORAGE                     1     850.00   850.00    850.00
*10-999         LATE FEE                         1    5248.20  5248.20   5248.20


Parts     22742.20                           Total         22742.20
Labor          .00                           Sales Tax          .00
Other          .00                           Grand Total  22742.20
                                             Deposit
   Charge **                         OPEN    Amount Due   22742.20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

"IN ADMIRALTY"

PERFORMANCE MARINE TRADING
    Plaintiff,

VERIFICATION

V.

AVANTI, her engines, tackle,
appurtenances, boats, etc. in rem
    Defendant,

---

STATE OF FLORIDA    /

    /ss

COUNTY OF BROWARD    /

1. I am President of Performance Marine Trading, and am authorized to make this statement by and on behalf of the company.

2. I am fully knowledgeable about the facts and circumstances surrounding the matters alleged in the foregoing complaint.

3. I have read the foregoing complaint, and the allegations contained therein are true and accurate to the best of my knowledge, information and belief.

4. The sources of my information and the bases for my belief are personal knowledge and information available to me as President of Performance Marine Trading.

FURTHER AFFIANT SAYETH NAUGHT.

AWILDA ALICEA
MY COMMISSION # DD 685868
EXPIRES: July 7, 2011
Bonded Thru Notary Public Underwriters

_____
Patrick Sullivan

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
PERFORMANCE MARINE TRADING

**DEFENDANTS**
AVANTI, her engines ect.

(b) County of Residence of First Listed Plaintiff: Broward County FL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Broward County FL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Geroge L Moxon
5630 Harding Street
Hollywood, FL 33021 Tel. 954 962-2085

Attorneys (If Known)

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:09cv60842-Cooke-Bandstra

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☑ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO
b) Related Cases ☐ YES ☐ NO
JUDGE
DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 USC 1333; Suppl Rules B and C
LENGTH OF TRIAL via 1 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 28,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE: June 4, 2009

FOR OFFICE USE ONLY
AMOUNT 360.00 RECEIPT # 541477 IFP