UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-CV-60842-COOKE-BANDSTRA
"IN ADMIRALTY"

PERFORMANCE MARINE TRADING

Plaintiff,
v.
AVANTI, her engines, tackle,
appurtenances, boats, ect. in rem

Defendant,
_____/



### NOTICE OF ACTION IN REM AND ARREST OF VESSEL

In accordance with Supplemental Rule C (4) for Certain Admiralty and Maritime Action of the Federal Rules of Civil Procedure, and Local Admiralty Rule C (4), notice is hereby given of the arrest of Avanti, Official Number 1191595, in accordance with a Warrant of Arrest issued on August 5th, 2009, located in Broward County at 2800 west Cypress Creek Road, Fort Lauderdale, Florida 33309.

Pursuant to Supplemental Rule C (6), and Local Admiralty Rule C (6), any person having a claim against the vessel and/or property shall file a claim with the Court not later than ten days after process and/or publication of this notice has been effected, and shall file an answer within twenty days from the date of filing their claim.

Respectfully submitted,

DATED at Fort Lauderdale, Florida, this 27th day of January, 2010.

.George L. Moxon
_____
PLAINTIFF'S ATTORNEY
Florida Bar Number 057150
Moxon@bellsouth.net
5630 Harding Street
Hollywood, Florida 33021
Telephone: (954) 962-2085
Facsimile: (954)961-5525

### CERTIFICATE OF SERVICE

I hereby certify that on January 27th, 2010, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Paul La Curubba
2931 NE 46th Street
Lighthouse Point, FL  33064

Bank of America
C/O
CT Corporation
1200 S. Pine Island Road
Suite 250
Plantation, FL33324

Copies furnished to:  The Honorable Ted E. Bandstra

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

FILED by _____ D.C.
AUG 11 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIA.

| | |
|---|---|
| PLAINTIFF Performance Marine Trading | COURT CASE NUMBER 09-CV-60842-Cooke |
| DEFENDANT Avanti | TYPE OF PROCESS Warrant of Arrest In Rem |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
"Vessel" Avanti
AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2800 W. Cypress Creek Rd., Ft. Laud. Fl 33309

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Attorney: George L. Moxon
5638 Harding Street
Hollywood, Fl 33021
954 328-6609 or
954 962-2085

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: Hope Tucker Moxon
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER 954 328-6609
DATE 7/13/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: | District of Origin No. 004 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk DS | Date 7/27/09

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 8/5/09 | Time 3:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: SUBSTITUTE CUSTODIAN ROGER WHETSTONE OF SUNSHINE STATE SERVICES CONDUCTED THE INVENTORY OF THIS VESSEL. VESSEL MAKE IS INTREPID HULL # IS 1BW37573A505. ALSO HAD FLORIDA REGISTRATION OF
NOTE! AVANTI NAME WAS NOT ON vessel. FL 4359 LW

PRIOR EDITIONS MAY BE USED   1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80)