UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-60842-COOKE-BANDSTRA

"IN ADMIRALTY"

**PERFORMANCE MARINE** TRADING

    Plaintiff,

V.

**AVANTI, her engines, tackle,
appurtenances, boats, etc. in rem**

**Defendant,**
_____/

## MOTION FOR ENTRY OF DEFAULT

COMES NOW the Plaintiff, Performance Marine Trading, and hereby moves the Clerk for entry of a default against the defendant, **AVANTI, her engines, tackle, appurtenances, boats, etc.** There has been no claim by any interested party against the vessel nor has there been any papers served on the undersigned, or have there been any other documents filed by an interested party to the suit with the Courts as required by law.

DATED on 23 day of April, 2010.

By: _____

George L. Moxon Fl Bar 057150
Law Office George L. Moxon
5630 Harding Street
Hollywood, Florida 33021
PH:  954 962 2085
FAX: 954-961- 5525