UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  09-CV-60842-COOKE-BANDSTRA

"IN ADMIRALTY"

**PERFORMANCE MARINE** TRADING

Plaintiff,

**V.**

**AVANTI, her engines, tackle,
appurtenances, boats, etc. in rem**

**Defendant,**

_____/

## MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT
## WITH ACCOMPANYING AFFIDAVIT AND SUPPORTING
## MEMORANDUM OF LAW AND ORDER OF SALE

Plaintiff, Performance Marine Trading Inc., through its undersigned Counsel and pursuant

to the applicable rules of the Federal Rules of Civil Procedure, hereby moves this Honorable

Court for Entry of Final Default Judgment as a matter of law, and for an Order for Sale of the

vessel AVANTI, Official Number: 1191595 the above named defendant, and in support thereof

states;

1.      This is an admiralty cause of action brought under the Jurisdiction of this Court

pursuant to Rule 9 (h) of the Federal Rules of Civil Procedure.

2.      Performance Marine Trading at all times hereinafter mentioned, was and is a

Corporation organized and existing under the laws of the state of Florida.

3.      On January 25, 2008 and thereafter Paul La Carubba, registered owner of

the"Vessel" and requested services for repairs, replacement of equipment and storage of

the "Vessel" during the time of services.  These services and materials were provided at the request of the Vessel's owner, Paul La Carubba, and for the benefit of the vessel, AVANTI.

4.      This service was provided to the vessel AVANTI in Florida, U.S.A., specifically Fort Lauderdale.

5.      The cost of the services and material provided to AVANTI is approximately USD 22,742.20, and hereto is attached to Patrick Sullivan's Affidavit and is made part of this motion.

6.      As of the date of this motion, no payments have been made to Performance Marine Trading for services provided to the vessel, AVANTI

7.      The vessel, AVANTI has been arrested and is in the custody of a substitute custodian for the US Marshal. The plaintiff, Performance Marine Trading deposited USD 2,500.00 with the US Marshal to arrest the vessel AVANTI. See (DE 16) filed on (8/11/09) warrant arrest in rem returned executed.

8.      On June 16, 2009, Paul La Carubba was served.  Attached to this motion is (D.E. No. 5), filed (7/6/09) Summons Returned Executed and appears hereto this motion as Exhibit "A".

9.      On June 16, 2009, the registered agent for Bank of America was served.  Attached to this motion is Summons Returned Executed and appears here to this motion as Exhibit "B". Also see (D.E. No. 6), filed (7/6/09) Corporate Disclosure Statement and General Index or Abstract of Title and appears hereto this motion as Exhibit "C".

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure Rule 55(b) states the Following:

**"If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation the clerk - on the plaintiff's request, with an affidavit showing the amount due**

- must enter judgment for the amount and cost against a defendant who has been defaulted for not appearing and is neither a minor nor an in competent person".

Accordingly, Paul La Carubba , the vessel's registered owner of the named defendant, AVANTI has failed to serve any paper on the undersigned attorney or file any paper as required by law as to the complaint. Furthermore, plaintiff, seeks Entry for a Default Judgment in that it has a maritime lien in the sum of USD 22,742.20 exclusive of interest, attorneys' fees, costs and expenses, against the AVANTI, her engines, tackle, equipment, appurtenances, furniture, etc., in rem. Essentially, Performance Marine Trading provided the vessel AVANTI the above named defendant with services and materials.

Under the Maritime Lien Act, more specifically 46 U.S.C. Section 31342 a person who provides "necessaries" to a vessel, at the direction of any person listed in 46 U.S.C. Section 31341, has a maritime lien on the vessel, which includes, but is not limited to, the owner, master, or an officer or agent appointed by the owner or charter. A "necessary" includes the supply of services and materials to a vessel.

The owner of AVANTI requested, directed Performance Marine Trading to provide AVANTI with services and materials which were to be performed and furnished in exchange for payment. Performance Marine Trading relied on Paul La Carubba to provide payment for the services and materials pursuant to the affidavit of Patrick Sullivan, President of Performance Marine Trading and is attached, hereto this motion, along with the work order, in the amount due and owing by Paul La Carubba is USD 22,742.20, plus interest, attorneys' fees, costs and expenses.

HERETO this motion is further sufficient evidence that Plaintiff has perfected service on

all interested parties of this In Rem action. See attached to this motion the following exhibits; (D. E. No. 20), filed (3/10/10) Service ( proof) by publication attached to this motion as Exhibit "D", second notice to interested parties ( Corporate Disclosure) as Exhibit "E", included in Exhibit "E" is an explanation that Elaine La Carubba is now deceased and her husband, Paul La Carubba is now the owner of the "vessel" AVANTI. Also see here to this motion (D. E. No. 24), filed (4/26/10) as Exhibit "F", Order on Motion for Clerks Entry of Default.

WHEREFORE, Performance Marine Trading, prays this Court: (1) Enter its Final Judgment by Default as a matter of law against the defendant AVANTI in the amount USD 22,742.20 plus interest, attorneys' fees, costs and expenses. (2) Order the US Marshal to have the AVANTI be condemned and sold to pay the demands aforesaid, together with all interest, attorneys' fees, costs and expenses.


Respectfully submitted

Fort Lauderdale, Florida

April 27, 2010



George L. Moxon
Florida Bar # 057150
Moxong@bellsouth.net
5630 Harding Street
Hollywood, Florida 33021
Tel.  954 962 2085
Fax.  954 961 5525

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the April 27, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, and that a courtesy copy of this motion has been submitted pursuant to Court Order to the Honorable Judge Marcia G. Cooke to chambers at flsd_cookefl@flsd.uscourts.gov.

### <u>SERVICE LIST</u>

Paul La Carubba
2931 NE 46th Street
Lighthouse Point, FL 33064

Bank of America
C/O
CT Corporation
1200 S. Pine Island Road
Suite 250
Plantation, FL 33324

Copies furnished to:

The Honorable Ted E. Bandstra

# Affidavit of

# Patrick Sullivan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-CV-60842-COOKE-BANDSTRA
"IN ADMIRALTY"

**PERFORMANCE MARINE** TRADING

        Plaintiff,

   V.

**AVANTI, her engines, tackle,
appurtenances, boats, etc. in rem**

**Defendant,**

_____/

AFFIDAVIT OF DAMAGES,
PREJUDGMENT INTEREST AND COSTS
OF PATRICK SULLIVAN

STATE OF FLORIDA      /

                  /ss

COUNTY OF BROWARD /

    1.     I am President of Performance Marine Trading, and I am authorized to make this

statement by and on behalf of the company.

    2.     I am fully knowledgeable about the facts and the circumstances surrounding the

matters alleged in the foregoing complaint.

    3.     The facts contained herein are upon my personal knowledge and the records and

information contained in the corporate file maintained by Performance Marine Trading.

    4.     On January 25, 2008 and there after Paul La Carubba, registered owner of the vessel

AVANTI and requested services for repairs, Tow Intrepid from owners home, replacement of

equipment and storage of the vessel during the time services.

    5.     Pursuant to the work order, The Vessel's owner presently owes Performance Marine

Trading the amount of USD 22,742.20, together with said cost of reasonable attorney fees and court cost, plus continued storage cost, plus finance charges and cost, and further amounts not presently known to Performance Marine Trading.  See the attached Work Order #2353 opened on January 25, 2008, and is attached here to as Exhibit "A", respectively.

      6.    Although payment for the materials supplied, repairs performed and finance charges and storage charges pursuant to the terms of the contract has been duly demanded, the amount has not been paid.

      7.    Performance Marine Trading has and will incur attorneys' fees and expenses, has and will make advances and has and will sustain damages from or by reason of the breach of the maritime contract in the amount of USD 22,742.20, plus finance charges/late charges and cost, and further amounts not presently known to Performance Marine Trading.

      8.    The work orders of Performance Marine Trading provide for a finance charge/late charge on unpaid accounts to accrue at 30% per annum.  On information and belief, 1 year and six months' time will have passed from the date of the maritime contract by the Vessel's owner Paul La Carubba until Performance Marine Trading can prosecute this claim to completion.  Under the terms of the maritime contract, Performance Marine Trading is entitled to receive a finance charge/late fee, expenses and reasonable attorneys' fees for prosecuting their claims to completion.  The estimated amount of interest, attorneys' fees and costs is estimated to be USD 10,248.20:

| | | |
|---|---|---|
| a. | Finance charge/Late Fee | 5,248.20 |
| b. | Attorneys' Fees/Expenses | 5,000.00 |
| | Total: | 10,248.20 +22,742.20 = **USD 32,990.40** |

FURTHER AFFIANT SAYETH NAUGHT.

PERFORMANCE MARINE TRADING, INC.

By: _____
PATRICK SULLIVAN, PRESIDENT


THE FOREGOING instrument was acknowledged before me this __30__ day of July, 2009, by Patrick Sullivan, as President of Performance Marine Trading, Inc., who is personally known to me and who did take an oath.



_____
Notary Public, State of Florida

**AWILDA ALICEA**
MY COMMISSION # DD 685868
EXPIRES: July 7, 2011
Bonded Thru Notary Public Underwriters

Awilda . Alicea
_____
PRINTED NAME

# EXHIBIT A

# WORK ORDER

Sold to:

PAUL LA CARUBBA
3249 NE 31 AVE
LIGHTHOUSE POINT FL 33064

Mobl 954-445-4200

Opened 01/25/08

Work Order # 2353
Billing: CP
Warr Claim #
Serv Unit #

| Invoice | Salesman | Customer | Tax Number | Date | Charge | PO Number |
|---------|----------|----------|------------|------|--------|-----------|
| 2353 | SERVICE-02 | 25705 | 123456789 | 05/27/09 | N | |

---------------------- ** INITIAL JOB DESCRIPTION ** ----------------------
INTREPID 370 HIN IBW37573A505 3-YAMAHA HDI 300HP DATE OF SERVICE 1/23

| Item Number | Description | Quantity | List | Price | Extended |
|-------------|-------------|----------|------|-------|----------|
| *10-999 | TOW INTREPID | 1 | 450.00 | 450.00 | 450.00 |
| | TOW INTREPID FROM LIFT AT OWNER'S HOME TO TRAVELIFT | | | | |
| *10-999 | LIFT BOAT ON TO TRAILER | 37 | 10.00 | 10.00 | 370.00 |
| *10-999 | DELIVER BOAT TO PMT SHOP | 1 | 200.00 | 200.00 | 200.00 |
| *10-999 | REMOVE BOAT FROM TRAILER | 1 | 50.00 | 50.00 | 50.00 |
| | REMOVE FROM TRAILER AND BLOCK WITH JACK STANDS FOR INSPECTION | | | | |
| *10-999 | REMOVE FUEL/ FUEL TANKS | 3 | 108.00 | 108.00 | 324.00 |
| *10-999 | FUEL DISPOSAL | 1 | 2500.00 | 2500.00 | 2500.00 |
| | ENGINES NOT RUNNING PRESERVE ENGINES REMOVE ENGINES FROM BOAT | | | | |
| *10-999 | JANUARY STORAGE 2008 | 1 | 175.00 | 175.00 | 175.00 |
| *10-999 | FEBRUARY STORAGE 08 | 1 | 725.00 | 725.00 | 725.00 |
| *10-999 | MARCH STORAGE 08 | 1 | 775.00 | 775.00 | 775.00 |
| *10-999 | APRIL STORAGE 2008 | 1 | 750.00 | 750.00 | 750.00 |
| *10-999 | MAY STORAGE 2008 | 1 | 775.00 | 775.00 | 775.00 |
| *10-999 | JUNE STORAGE 2008 | 1 | 750.00 | 750.00 | 750.00 |
| *10-999 | JULY STORAGE 2008 | 1 | 775.00 | 775.00 | 775.00 |
| *10-999 | AUGUST STORAGE 08 | 1 | 775.00 | 775.00 | 775.00 |
| *10-999 | SEPTEMBER STORAGE 08 | 1 | 750.00 | 750.00 | 750.00 |
| *10-999 | OCTOBER STORAGE | 1 | 750.00 | 750.00 | 750.00 |
| *10-999 | NOVEMBER STORAGE | 1 | 750.00 | 750.00 | 750.00 |
| *10-999 | DEC 2008 STO | 1 | 750.00 | 750.00 | 750.00 |
| *10-999 | JANUARY STORAGE2009 | 1 | 850.00 | 850.00 | 850.00 |
| *10-999 | FEBRUARY STORAGE | 1 | 850.00 | 850.00 | 850.00 |
| *10-999 | MARCH STORAGE | 1 | 850.00 | 850.00 | 850.00 |
| *10-999 | APRIL STORAGE | 1 | 850.00 | 850.00 | 850.00 |
| *10-999 | MAY STORAGE | 1 | 850.00 | 850.00 | 850.00 |
| *10-999 | JUNE STORAGE | 1 | 850.00 | 850.00 | 850.00 |
| *10-999 | LATE FEE | 1 | 5248.20 | 5248.20 | 5248.20 |

Parts     22742.20
Labor         .00
Other         .00

Charge **                        OPEN

Total         22742.20
Sales Tax          .00
Grand Total   22742.20
Deposit
Amount Due    22742.20

Sold to:

PAUL LA CARUBBA
3249 NE 31 AVE
LIGHTHOUSE POINT FL 33064

Mobl 954-445-4200

Work Order # 2353
Billing: CP
Warr Claim #
Serv Unit #

Opened 01/25/08

| Invoice | Salesman | Customer | Tax Number | Date | Charge | PO Number |
|---------|----------|----------|------------|------|--------|-----------|
| 2353 | SERVICE-02 | 25705 | 123456789 | 05/27/09 | N | |

----------------------- ** INITIAL JOB DESCRIPTION ** -----------------------
INTREPID 370 HIN IBW37573A505 3-YAMAHA HDI 300HP DATE OF SERVICE 1/23

| Item Number | Description | Quantity | List | Price | Extended |
|-------------|-------------|----------|------|-------|----------|
| *10-999 | TOW INTREPID | 1 | 450.00 | 450.00 | 450.00 |
| | TOW INTREPID FROM LIFT AT OWNER'S HOME TO TRAVELIFT | | | | |
| *10-999 | LIFT BOAT ON TO TRAILER | 37 | 10.00 | 10.00 | 370.00 |
| *10-999 | DELIVER BOAT TO PMT SHOP | 1 | 200.00 | 200.00 | 200.00 |
| *10-999 | REMOVE BOAT FROM TRAILER | 1 | 50.00 | 50.00 | 50.00 |
| | REMOVE FROM TRAILER AND BLOCK WITH JACK STANDS FOR INSPECTION | | | | |
| *10-999 | REMOVE FUEL/ FUEL TANKS | 3 | 108.00 | 108.00 | 324.00 |
| *10-999 | FUEL DISPOSAL | 1 | 2500.00 | 2500.00 | 2500.00 |
| | ENGINES NOT RUNNING PRESERVE ENGINES REMOVE ENGINES FROM BOAT | | | | |
| *10-999 | JANUARY STORAGE 2008 | 1 | 175.00 | 175.00 | 175.00 |
| *10-999 | FEBRUARY STORAGE 08 | 1 | 725.00 | 725.00 | 725.00 |
| *10-999 | MARCH STORAGE 08 | 1 | 775.00 | 775.00 | 775.00 |
| *10-999 | APRIL STORAGE 2008 | 1 | 750.00 | 750.00 | 750.00 |
| *10-999 | MAY STORAGE 2008 | 1 | 775.00 | 775.00 | 775.00 |
| *10-999 | JUNE STORAGE 2008 | 1 | 750.00 | 750.00 | 750.00 |
| *10-999 | JULY STORAGE 2008 | 1 | 775.00 | 775.00 | 775.00 |
| *10-999 | AUGUST STORAGE 08 | 1 | 775.00 | 775.00 | 775.00 |
| *10-999 | SEPTEMBER STORAGE 08 | 1 | 750.00 | 750.00 | 750.00 |
| *10-999 | OCTOBER STORAGE | 1 | 750.00 | 750.00 | 750.00 |
| *10-999 | NOVEMBER STORAGE | 1 | 750.00 | 750.00 | 750.00 |
| *10-999 | DEC 2008 STO | 1 | 750.00 | 750.00 | 750.00 |
| *10-999 | JANUARY STORAGE2009 | 1 | 850.00 | 850.00 | 850.00 |
| *10-999 | FEBRUARY STORAGE | 1 | 850.00 | 850.00 | 850.00 |
| *10-999 | MARCH STORAGE | 1 | 850.00 | 850.00 | 850.00 |
| *10-999 | APRIL STORAGE | 1 | 850.00 | 850.00 | 850.00 |
| *10-999 | MAY STORAGE | 1 | 850.00 | 850.00 | 850.00 |
| *10-999 | JUNE STORAGE | 1 | 850.00 | 850.00 | 850.00 |
| *10-999 | LATE FEE | 1 | 5248.20 | 5248.20 | 5248.20 |

Parts     22742.20
Labor          .00
Other          .00

Charge **                                    OPEN

Total          22742.20
Sales Tax            .00
Grand Total    22742.20
Deposit
Amount Due     22742.20

Exhibit "A"

Summons Returned

Executed

PAUL LA CARUBBA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-CV-60842-Cooke-Bandstra

"IN ADMIRALTY"

**PERFORMANCE MARINE TRADING**
Plaintiff,

V.

AVANTI, her engines, tackle,
appurtenances, boats, etc. in rem
Defendant,



SUMMONS IN A CIVIL CASE

*By Serving owner*

TO: Paul La Carubba
~~3249 NE 31 Avenue~~
Lighthouse Point, FL 33064

*I Hope Tucker Served
Complaint on Paul La Carubba,
Defendant, on June 16, 2009*



YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S
ATTORNEY (name and address)

George L. Moxon, Esq.
5630 Harding Street
Hollywood, FL 33021

an answer to the complaint which is herewith served upon you, within __20__ days after service
of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  You must also file
your answer with the Clerk of this Court within a reasonable period of time after service.

**SUMMONS**

June 4, 2009
_____
Date

Steven M. Larimore
Clerk of Court

s/Vernice Thomas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _Paul La Carubba_

was received by me on *(date)* _June 5, 2009_ .

☑ I personally served the summons on the individual at *(place)* _2931 NE 46th Street, Lighthouse Point, FL_ on *(date)* _6/16/2009_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _6 / 19 / 09_

_____
Server's signature

_Hope Tucker_
Printed name and title

_5630 Harding Street Hollywood
Fl 33021_
Server's address

Additional information regarding attempted service, etc:

# Exhibit "B"

# Summons Returned

# Executed

# CORPORATE

# DISCLOSURE

*6/16/09  11:41*

*Hope Tucker*

George L. Moxon
5630 Harding Street
Hollywood, FL 33021

June 15, 2009

**HAND DELIVERED**
By: Hope Tucker

BANK of America
C/O
CT Corporation
1200 S. Pine Island Road
Suite 250
Plantation, FL 33324

Received BY: *Donna Moch*
*SOP Section Head*
*CT*

RE: PREFERRED MORTGAGE - ELAINE R. LA CARUBBA

Dear Bank of America,

Please find enclosed documents noticing you as an interested party to the enclosed In Rem Actions involving the vessel, AVANTI, which Elaine La Curubba is the registered owner.  Enclosed documents:

1. GENERAL INDEX OR ABSTRACT OF TITLE

2. VERIFIED COMPLAINT

Best regards,

*George L. Moxon*

George L. Moxon

# Exhibit "C"

# General Index or Abstract of

# Title

## GENERAL INDEX OR ABSTRACT OF TITLE

DEPARTMENT OF
HOMELAND SECURITY
U.S. COAST GUARD
CG - 1332

OMB APPROVED
2115-0110

| | |
|---|---|
| NAME OF VESSEL  WHO CARES | OFFICIAL NUMBER:  1191595 |

HULL ID NUMBER:  IBW37573A505

VESSEL BUILT AT  Unknown

(AND) _____  IN _____

BY  Unknown

FOR  Unknown

BUILDER'S CERTIFICATE DATED  Unknown

TITLE ASSIGNED TO _____

---

STATUS: ON RECORD

FLORIDA TITLE, 92767388, reflects owner as:

JOSE CARRO

RAQUEL CARRO

---

### BILL OF SALE

| % CONVEYED | DATE | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | September 05, 2006 | $1.00 | 534594 | 6047523 |
| DATE FILED | | TIME FILED | STATUS | |
| September 14, 2006 | | 08:20 AM | RECORDED | |

SELLER:
JOSE CARRO
RAQUEL CARRO

BUYER:
SOUTH FLORIDA YACHTS-SOUTH INC

---

### BILL OF SALE

| % CONVEYED | DATE | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | September 05, 2006 | $1.00 | 534594 | 6047524 |
| DATE FILED | | TIME FILED | STATUS | |
| September 14, 2006 | | 08:20 AM | RECORDED | |

SELLER:
SOUTH FLORIDA YACHTS-SOUTH INC

BUYER:
MARK A POLLACI

---

This space intentionally left blank

---

PREVIOUS EDITION MAY BE USED

Page 1 of 3

DEPARTMENT OF
HOMELAND SECURITY
U.S. COAST GUARD
CG - 1332

# GENERAL INDEX OR ABSTRACT OF TITLE

## Continuation Sheet No. 1

1191595

---

| DISCHARGED YES | **PREFERRED MORTGAGE** | | | |
|---|---|---|---|---|
| % CONVEYED 100 | DATE September 01, 2006 | AMOUNT $200,000.00 | BATCH 534594 | DOC ID 6047526 |
| DATE FILED September 14, 2006 | TIME FILED 08:20 AM | | STATUS RECORDED | |

MORTGAGOR:

MARK A POLLACI

MORTGAGEE:

BANK OF AMERICA NA
PO BOX 2759
JACKSONVILLE FL 32203-2759

---

| | **BILL OF SALE** | | | |
|---|---|---|---|---|
| % CONVEYED 100 | DATE September 05, 2007 | AMOUNT $1.00 | BATCH 604963 | DOC ID 7774337 |
| DATE FILED September 17, 2007 | TIME FILED 08:45 AM | | STATUS RECORDED | |

SELLER:

MARK A POLLACI

BUYER:

ELAINE R LA CARUBBA

---

| | **PREFERRED MORTGAGE** | | | |
|---|---|---|---|---|
| % CONVEYED 100 | DATE September 04, 2007 | AMOUNT $190,825.00 | BATCH 604963 | DOC ID 7774338 |
| DATE FILED September 17, 2007 | TIME FILED 08:45 AM | | STATUS RECORDED | |

MORTGAGOR:

ELAINE R LA CARUBBA

MORTGAGEE:

BANK OF AMERICA NA
PO BOX 2759
JACSONVILLE FL 32203-2759

---

This space intentionally left blank

---

PREVIOUS EDITION MAY BE USED

Page 2 of 3

| DEPARTMENT OF<br>HOMELAND SECURITY<br>U.S. COAST GUARD<br>CG - 1332 | **GENERAL INDEX OR ABSTRACT OF TITLE**<br>**Continuation Sheet No. 2** | Official No.<br>1191595 |
|---|---|---|

| **SATISFACTION MORTGAGE** | | | Refers To: ID 6047526 | |
|---|---|---|---|---|

| % CONVEYED | DATE | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | April 03, 2008 | $200,000.00 | 633175 | 8702708 |

| DATE FILED | | TIME FILED | STATUS |
|---|---|---|---|
| April 11, 2008 | | 09:00 AM | RECORDED |

GRANTOR:

BANK OF AMERICA N.A.

GRANTEE:

MARK A POLLACI

STATUS: ON RECORD
Vessel Name Changed to: AVANTI (06-02-08)***

**ISSUED AS AN ABSTRACT OF TITLE AS OF**

DATE: April 06, 2009      TIME: 09:24 AM

LINDA POE
_____

NATIONAL VESSEL DOCUMENTATION CENTER

EXHIBIT "D"

SERVICE (PROOF) BY

PUBLICATION

# BROWARD DAILY BUSINESS REVIEW

Published Daily except Saturday, Sunday and
Legal Holidays
Ft. Lauderdale, Broward County, Florida

STATE OF FLORIDA
COUNTY OF BROWARD:

Before the undersigned authority personally appeared
S. BROWN, who on oath says that he or she is the
ADMINISTRATIVE ASSISTANT, of the Broward Daily Business
Review f/k/a Broward Review, a newspaper
published at Fort Lauderdale, in Broward
County, Florida; that the attached copy of advertisement,
being a Legal Advertisement of Notice in the matter of

09-C-060842-COOKE-BANDSTRAT
NOTICE OF ACTION IN REM AND ARREST OF VESSEL
PERFORMANCE MARINE TRADING VS. AVANTI

in the  U.S. DISTRICT      Court,
was published in said newspaper in the issues of

02/05/2010

Affiant further says that the said Broward Daily Business
Review is a newspaper published at Fort Lauderdale, in said
Broward County, Florida and that the said newspaper has
heretofore been continuously published in said Broward County,
Florida and has been entered as second class mail matter at the post
office in Fort Lauderdale in said Broward County, Florida, for a
period of one year next preceding the first publication of the
attached copy of advertisement; and affiant further says that he or
she has neither paid nor promised any person, firm or corporation
any discount, rebate, commission or refund for the purpose
of securing this advertisement for publication in the said
newspaper.

Sworn to and subscribed before me this

05   day of FEBRUARY              , A.D.   2010

(SEAL)

S. BROWN personally known to me



Notary Public State of Florida
Scherrie A Thomas
My Commission DD798948
Expires 07/27/2012

---

NOTICE OF ACTION IN
REM AND ARREST OF VESSEL
UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA
Case No. 09-CV-60842-COOKE-
BANDSTRA
IN ADMIRALTY
PERFORMANCE MARINE
TRADING
Plaintiff

AVANTI, her engines, tackle,
appurtenances, boats, ect. in rem
Defendant
In accordance with Supplemental
Rule C (4) for Certain Admiralty and
Maritime Action of the Federal Rules
of Civil Procedure, and Local Admi-
ralty Rule C (4), notice is hereby giv-
en of the arrest of Avanti, Official
Number 1191595, in accordance with
a Warrant of Arrest issued on August
5th, 2009, located in Broward County
at 2800 west Cypress Creek Road,
Fort Lauderdale, Florida 33309.
Pursuant to Supplemental Rule
C (6), and Local Admiralty Rule
C (6), any person having a
claim against the vessel and/or
property shall file a claim with
the Court not later than ten
days after process and/or publi-
cation of this notice has been
effected, and shall file an an-
swer within twenty days from
the date of filing their claim.
DATED at Fort Lauderdale,
Florida, this 27th day of January,
2010.

Respectfully submitted,
GEORGE L. MOXON
PLAINTIFF'S ATTORNEY
Florida Bar Number 057150
Moxon@bellsouth.net
5630 Harding Street
Hollywood, Florida 33021
Telephone: (954) 962-2085
Facsimile: (954) 961-5525
2/5          10-4-172/1400531B

# EXHIBIT "E"

# SECOND NOTICE TO

# INTERESTED PARTIES

# CORPORATE

# DISCLOSURE

George L. Moxon
5630 Harding Street
Hollywood, FL 33021

**Sent by FedEx**

February 2, 2010

Bank Of America
C/O
CT Corporation
1200 S. Pine Island Road
Suite 250
Plantation, FL 33324
954 473-5503

RE: PREFERRED MORTGAGE - ELAINE R. LA CARUBBA/INTERESTED PARTY

Dear Bank of America

Please find enclosed documents noticing you as an interested party to the enclosed In Rem
Action involving the vessel, AVANTI, which Elaine La Curubba was the registered owner, who
is now deceased.  See the following enclosed documents:

1.      HAND DELIVERED LETTER WITH DOCUMENTS NOTICING BANK OF
   AMERICA AND WAS RECEIVED BY DONNA MOCH AT CT
   CORPORATION WHICH MAY RECEIVE SUMMONS AND NOTICES FOR
   BANK OF AMERICA AS THEIR REGISTERED AGENT

2.      VERIFIED COMPLAINT

3.      GENERAL INDEX OR ABSTRACT OF TITLE

4.      ORDER DIRECTING ISSUANCE OF WARRANT OF ARREST IN REM

5.      US MARSHAL'S PROCESS RECEIPT AND RETURN

6.      NOTICE OF ACTION IN REM AND ARREST OF VESSEL

7. ELAINE R. LACARUBBA'S FLORIDA CERTIFICATE OF DEATH

8. A COPY OF AN EMAIL DATED JULY 20, 2009 TO
DONNA.MOCH@WOLTERSKLUWER.COM WITH THE FOLLOWING
ATTATCHMENTS: ORDER REQUIRING COUNSEL TO MEET AND FILE
JOINT SCHEDULING REPORT AND PROPOSED ORDER, 2. ORDER
DIRECTING ISSUANCE OF WARRANT OF ARREST IN REM, 3. ORDER
REFERRING CASE TO MAGISTRATE

Best regards,

Hope Tucker, paralegal for George L. Moxon

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE | OMB APPROVED 2115-0110 |
|---|---|---|

**NAME OF VESSEL** WHO CARES          **OFFICIAL NUMBER:** 1191595

**HULL ID NUMBER:** IBW37573A505

**VESSEL BUILT AT** Unknown

**(AND)** _____ **IN** _____

**BY** Unknown

**FOR** Unknown

**BUILDER'S CERTIFICATE DATED** Unknown

**TITLE ASSIGNED TO** _____

---

**STATUS: ON RECORD**

FLORIDA TITLE, 92767388, reflects owner as:

JOSE CARRO

RAQUEL CARRO

---

### BILL OF SALE

| % CONVEYED | DATE | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | September 05, 2006 | $1.00 | 534594 | 6047523 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| September 14, 2006 | 08:20 AM | RECORDED |

**SELLER:**

JOSE CARRO
RAQUEL CARRO

**BUYER:**

SOUTH FLORIDA YACHTS-SOUTH INC

---

### BILL OF SALE

| % CONVEYED | DATE | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | September 05, 2006 | $1.00 | 534594 | 6047524 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| September 14, 2006 | 08:20 AM | RECORDED |

**SELLER:**

SOUTH FLORIDA YACHTS-SOUTH INC

**BUYER:**

MARK A POLLACI

---

This space intentionally left blank

---

PREVIOUS EDITION MAY BE USED                                    Page 1 of 3

| DEPARTMENT OF<br>HOMELAND SECURITY<br>U.S. COAST GUARD<br>CG - 1332 | **GENERAL INDEX OR ABSTRACT OF TITLE**<br>**Continuation Sheet No. 1** | | Official No.<br>1191595 |
|---|---|---|---|

| DISCHARGED<br>YES | **PREFERRED MORTGAGE** | | | |
|---|---|---|---|---|
| % CONVEYED<br>100 | DATE<br>September 01, 2006 | AMOUNT<br>$200,000.00 | BATCH<br>534594 | DOC ID<br>6047526 |
| DATE FILED<br>September 14, 2006 | | TIME FILED<br>08:20 AM | STATUS<br>RECORDED | |

MORTGAGOR:

MARK A POLLACI

MORTGAGEE:

BANK OF AMERICA NA
PO BOX 2759
JACKSONVILLE FL 32203-2759

| | **BILL OF SALE** | | | |
|---|---|---|---|---|
| % CONVEYED<br>100 | DATE<br>September 05, 2007 | AMOUNT<br>$1.00 | BATCH<br>604963 | DOC ID<br>7774337 |
| DATE FILED<br>September 17, 2007 | | TIME FILED<br>08:45 AM | STATUS<br>RECORDED | |

SELLER:

MARK A POLLACI

BUYER:

ELAINE R LA CARUBBA

| | **PREFERRED MORTGAGE** | | | |
|---|---|---|---|---|
| % CONVEYED<br>100 | DATE<br>September 04, 2007 | AMOUNT<br>$190,825.00 | BATCH<br>604963 | DOC ID<br>7774338 |
| DATE FILED<br>September 17, 2007 | | TIME FILED<br>08:45 AM | STATUS<br>RECORDED | |

MORTGAGOR:

ELAINE R LA CARUBBA

MORTGAGEE:

BANK OF AMERICA NA
PO BOX 2759
JACSONVILLE FL 32203-2759

This space intentionally left blank

PREVIOUS EDITION MAY BE USED

DEPARTMENT OF
HOMELAND SECURITY
U.S. COAST GUARD
CG - 1332

**GENERAL INDEX OR ABSTRACT OF TITLE**

**Continuation Sheet No. 2**

Official No.
1191595

| SATISFACTION MORTGAGE | | Refers To: ID 6047526 | | |
|---|---|---|---|---|

| % CONVEYED | DATE | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | April 03, 2008 | $200,000.00 | 633175 | 8702708 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| April 11, 2008 | 09:00 AM | RECORDED |

GRANTOR:

BANK OF AMERICA N.A.

GRANTEE:

MARK A POLLACI

STATUS: ON RECORD
Vessel Name Changed to: AVANTI (06-02-08)***

**ISSUED AS AN ABSTRACT OF TITLE AS OF**

DATE: April 06, 2009          TIME: 09:24 AM

LINDA POE

NATIONAL VESSEL DOCUMENTATION CENTER

PREVIOUS EDITION MAY BE USED                                                    Page 3 of 3

# STATE OF FLORIDA

## OFFICE of VITAL STATISTICS

### CERTIFIED COPY

INSTR # 107432557
OR BK 44693 Pages 1726 - 1726
RECORDED 10/09/07 09:49:02
BROWARD COUNTY COMMISSION
DEPUTY CLERK 3075
#4, 1 Pages

## FLORIDA CERTIFICATE OF DEATH

1. DECEDENT'S NAME: Elaine **R** LaCarubba — 2. SEX: Female

2. DATE OF BIRTH: October 16, 1949 — AGE: 57 — 5. DATE OF DEATH: September 9, 2007

6. SOCIAL SECURITY NUMBER: 026 38 0940 — 7. BIRTHPLACE: Stoneham, Massachusetts — 8. COUNTY OF DEATH: Broward

9. PLACE OF DEATH: Hospital

10. FACILITY NAME: 3249 NE 31st Avenue — 11a. CITY, TOWN OF LOCATION OF DEATH: Lighthouse Point — 11b. INSIDE CITY LIMITS: X Yes

12. MARITAL STATUS: X Married — SURVIVING SPOUSE'S NAME: Paul S LaCarubba

14a. RESIDENCE - STATE: Florida — 14b. COUNTY: Broward — 14c. CITY, TOWN OR LOCATION: Lighthouse Point

14d. STREET ADDRESS: 3249 NE 31st Avenue — 14f. ZIP CODE: 33064 — 14g. INSIDE CITY LIMITS: X Yes

15a. DECEDENT'S USUAL OCCUPATION: Medical Office Manager — 15b. KIND OF BUSINESS/INDUSTRY: Hospital

16. DECEDENT'S RACE: X White

17. DECEDENT OF HISPANIC ORIGIN?: No

18. DECEDENT'S EDUCATION: X Bachelors

19. FATHER'S NAME: Edward Sheehan

20. MOTHER'S NAME: Mary Driscoll

21a. INFORMANT'S NAME: Paul LaCarubba — 21b. RELATIONSHIP: Husband — 21c. STATE: Florida

22a. CITY OR TOWN: Lighthouse Point — 22b. STREET ADDRESS: 3249 NE 31st Avenue — 22c. ZIP CODE: 33064

23a. PLACE OF DISPOSITION: Gold Coast Crematory — LOCATION - STATE: Florida — CITY OR TOWN: Florida

24a. METHOD OF DISPOSITION: X Cremation

25a. CREMATION — 27a. LICENSE NUMBER: 44467 — 27b. SIGNATURE OF FUNERAL SERVICE: Michael A. Kraeer

28. NAME OF FUNERAL FACILITY: Kraeer Funeral Home and Cremation Center — State: Florida

29a. CITY OR TOWN: Pompano Beach — 29b. STREET ADDRESS: 1199 NE 36th Street — 29c. ZIP CODE: 33064

30. CERTIFIER: X Certifying Physician

31a. Signature: Rita Garulli — 31b. DATE SIGNED: 9-10-2007 — 31c. TIME OF DEATH: 2035 — 32. MEDICAL EXAMINER'S CASE NUMBER:

33a. LICENSE NUMBER: ME43375 — NAME OF ATTENDING PHYSICIAN: Rita Garulli-Chidiac MD

34. STATE: Florida — CITY OR TOWN: Lighthouse Point — STREET ADDRESS: 2100 E Sample Rd STE 101 — ZIP CODE: 33064

35. SUBREGISTRAR: William Santayus — LOCAL REGISTRAR: Debra Diaz — DATE FILED BY REGISTRAR: SEP 13 2007

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

FILED by _____ D.C.

AUG 11 2009

STEVEN M. LARIMORE

| | |
|---|---|
| PLAINTIFF Performance Marine Trading | COURT CASE NUMBERS DIST CT S.D. OF FLA. MIAMI  OO-CV-60816 Cooke |
| DEFENDANT Avanti | TYPE OF PROCESS Warrant of arrest in R... |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | "Vessel" Avanti |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 2800 W. Cypress Creek Rd., Ft. Laud. Fl 33309 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Attorney: George L. Moxon
5638 Harding Street
Hollywood, Fl 33021
954 328-6609 or
954 962-2085

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                          Fold

Signature of Attorney or other Originator requesting service on behalf of:

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER 954 328-6609

DATE 7/13/09

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 004 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 7/27/09 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 8/5/09  Time 3:30 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Substitute custodian Roger Whetstone of Sunshine State services. Conducted the inventory of this vessel. Hull # is 1BW37573A505  Vessel make is Intrepid.
NOTE! Avanti name was not on vessel. Also had Florida registration of FL 4359 LW

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

6/14/09  11:41

Hope Tucker

George L. Moxon
5630 Harding Street       Case No. 09-CV-60842-Cooke-Bandstra
Hollywood, FL 33021

June 15, 2009                                  **HAND DELIVERED**
                                               By: Hope Tucker

BANK of America
C/O
CT Corporation
1200 S. Pine Island Road
Suite 250                       Received BY: Donna Moch
Plantation, FL 33324                          SOP Section Head
                                              CT

RE: PREFERRED MORTGAGE - ELAINE R. LA CARUBBA

Dear Bank of America,

Please find enclosed documents noticing you as an interested party to the enclosed
In Rem Actions involving the vessel, AVANTI, which Elaine La Curubba is the
registered owner.  Enclosed documents:

    1.  GENERAL INDEX OR ABSTRACT OF TITLE

    2.  VERIFIED COMPLAINT

Best regards,

George L. Moxon

George L. Moxon

**CT**
a Wolters Kluwer business

**Donna Moch**
*SOP Section Head*
CT

1200 S. Pine Island Road
Plantation, FL 33324
954 473 5503 tel
donna.moch@wolterskluwer.com

www.ctadvantage.com                    www.ctlegalsolutions.com

From: hopetucker4@aol.com
To: donna.moch@wolterskluwer.com
Subject: Fwd: Bank of America/Registered agents RE: Preferred Mortgage-Elaine La Carubba
Date: Mon, Jul 20, 2009 4:34 pm
Attachments: order_directing_war._of_arrest_notice_to_def..pdf (41K), order_joint_stipulation.pdf (402K),
order_ref._to_mag._judge_avanti.pdf (40K)

-----Original Message-----
From: hopetucker4@aol.com
To: donna.moch@wolterskluwer.com
Cc: moxong@bellsouth.net
Sent: Mon, Jul 20, 2009 4:33 pm
Subject: Bank of America/Registered agents RE: Preferred Mortgage-Elaine La Carubba

Geroge L. Moxon
5630 Harding Street
Hollywood, FL 33021

July 20, 2009

Bank Of America
C/O
CT Corporation
1200 S. Pine Island Road
Suite 250
Plantation, FL 33324

RE:  Financial interested Parties to the enclosed case regarding a preferred Mortgage - Elaine La Carubba

Dear Bank of America,

Pleas find the following documents attached to this email:

   1.  ORDER REQUIRING COUNSEL TO MEET AND FILE JOINT SCHEDULING REPORT AND PROPOSED ORDER

   2.  ORDER DIRECTING ISSUANCE OF WARRANT OF ARREST IN REM

   3.  ORDER REFERRING CASE TO MAGISTRATE JUDGE

Best regards,

Hope Tucker, Paralegal

**A Good Credit Score is 700 or Above. See yours in just 2 easy steps!**

**A Good Credit Score is 700 or Above. See yours in just 2 easy steps!**

29
52

fedex.com 1.800.GoFedEx 1.800.463.3339

**FedEx**
Express

**US Airbill**

FedEx
Tracking
Number    8559 2292 6790

0215

SURI1

**1 From** Please print and press hard.
Date 2/2/2010

Sender's FedEx
Account Number

Sender's
Name    MOXON, GEORGE, ESQUIRE

Company

Address    718 NE 2ND AVE 5630 Harding St.

City FORT LAUDERDALE    State FL    ZIP 33301

Phone ( 954 ) 524-4114    962-2085

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**
Recipient's
Name    Bank of America

Company    C/o
CT Corporation - Registered Agent
# 250

Address    1200 S. Pine Island Road

Suite 250

City Plantation    State FL    ZIP 33324

Phone ( 954 ) 473-5563

0333-0800-0

0331333840

**Store your addresses at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service**

**4b Express Freight Service**

**5 Packaging**
☐ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**

**7 Payment**
☑ Sender

**8 Residential Delivery Signature Options**
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

Total Packages    Total Weight    Total Declared Value

519

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.



**FedEx Express**
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

March 9,2010

Dear Customer:

The following is the proof-of-delivery for tracking number **855922926790**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Feb 9, 2010 10:18 |
| Signed for by: | J.WARREN | | |
| Service type: | Express Saver Envelope | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 855922926790 | Ship date: | Feb 8, 2010 |

Recipient:
US

Shipper:
US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# EXHIBIT "F"

# ORDER ON MOTION

# FOR CLERKS ENTRY OF

# DEFAULT

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### **CLERK'S DEFAULT**

Performance Marine Trading,                    CASE NO. 09-CV-60842

      Plaintiff(s),

v.

Avanti, her engines, tackle, appurtenances,
boats, etc., in rem

| |
|---|
| FILED by _____ D.C. |
| **Apr 26, 2010** |
| STEVEN M. LARIMORE<br>CLERK<br>U.S. DIST. CT.<br>S.D. OF FLA. |

      Defendant(s).
_____/

It appearing that the defendant herein, **Avanti, her engines, tackle, appurtenances, boats, etc., in rem ,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant Avanti, her engines, tackle, appurtenances, boats, etc., in rem , as of course, on this date April 26, 2010.

## **STEVEN M. LARIMORE**
### CLERK OF COURT


By: /s/Ahlai Israel
    Deputy Clerk

cc:    Hon. Judge Marcia G. Cooke
       Counsel of Record
       Avanti